No. _____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/26/2015 11:29:49 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| IN RE DANIEL W. WARREN, *Relator.* | § § § § § § § | IN THE FIRST COURT OF APPEALS HOUSTON, TEXAS |

## RELATOR'S MOTION FOR EMERGENCY STAY

Relator asks the Court for an emergency stay on the trial court proceedings.

## A. INTRODUCTION

1. Relator is Daniel W. Warren, the Real Party in Interest is Andy I. Weiner, and the Respondent is the Honorable Christine Butts.

2. Relator files his Petition for Writ of Mandamus concurrently with this Motion for Emergency Stay, which raises serious questions about Respondent's jurisdiction over this case and authority to proceed after her plenary power over the case expired.

3. Relator attaches a certificate of compliance certifying that on May 26, 2015, he notified Respondent and Real Party in Interest by email that a motion for temporary relief would be filed. (Tex. R. App. P. 52.10(a)).

4. On March 10, 2015 Relator nonsuited his case and on March 16, 2015 Respondent signed his order of dismissal.

1

5. At the time of his nonsuit, Relator was the sole petitioner in the case and the Real Party in Interest was the sole respondent in the case. Accordingly, Relator had an absolute right to nonsuit his entire case and end the controversy under the holding of *Greenberg v. Brookshire*, 640 S.W.2d 870, 872 (Tex. 1982).

6. Nonetheless, Respondent has continued the case and made rulings pertaining to a Counter and Cross-Petition filed in the same case *after* Relator nonsuited his case and *after* she signed his Order of Dismissal, contrary to the holding of *Greenberg v. Brookshire*.

7. Trial of this case is set for July 6, 2015. If this case goes to trial, Relator's absolute right to nonsuit his case will be gone forever.

8. Accordingly, Relator requests a stay of the trial court proceedings pending resolution of his Petition for Writ of Mandamus.

## B. ARGUMENT & AUTHORITIES

9. The Court may grant temporary relief pending its determination of an original proceeding. (Tex. R. App. P. 52.10(b)).

10. This emergency stay is necessary to maintain the status quo of the parties and to preserve the Appeal Court's jurisdiction to consider the merits of the original proceeding. *In re Reed*, 901 S.W.2d 604, 609 (Tex. App.—San Antonio 1995, orig. proceeding).

## C. CONCLUSION

11. Relator requests an emergency stay on the trial court proceedings to prevent Respondent from proceeding with this case if it is ultimately determined that she lacks jurisdiction over it.

## D. PRAYER

12. For the reasons stated in this motion, Relator asks the Court for an emergency stay of the trial court proceedings to maintain the status quo of the parties and preserve the Court's jurisdiction to consider the merits of Relator's original proceeding.

Respectfully submitted,
Cantrell & Cantrell, PLLC
/s/ Carol A. Cantrell
Carol A. Cantrell
State Bar No. 24043592
3700 Buffalo Speedway, Ste. 520
Houston, Texas 77098
(713) 333-0555
(713) 333-0550 (facsimile)
ATTORNEY FOR RELATOR

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the Real Party in Interest, counsel for Katherine Warren, and Respondent's Associate Judge and attempted to reach an agreement about the trial court proceeding after Daniel's nonsuit. We have been unable to reach an agreement because the Real Party in Interest and the

Respondent wish to continue the trial court proceedings in this case.

/s/ Carol A. Cantrell
Attorney for Relator

## CERTIFICATE OF SERVICE

I certify that a copy of Relator's Motion for Emergency Stay was served on the parties below by electronic service on May 26, 2015.

Sarah Patel Pacheco
Kathleen Tanner Beduze
Crain Caton & James
Five Houston Center,
1401 McKinney, 17th Floor
Houston, TX 77010
pacheco-efile@craincaton.com
713-658-1921 (facsimile)
ATTORNEY FOR ANDY WEINER

Thomas R. Conner
Conner & Lindamood, P.C.
1221 Lamar, Suite 1010
Houston, TX 77010
tom@lawcl.com
713-654-8115 (facsimile)
ATTORNEY FOR KATHERINE R. WARREN

I certify that a copy of Relator's Motion for Emergency Stay was served on Respondent Christine Butts by fax and certified mail on May 26, 2015 to the following address.

The Honorable Christine Butts
Probate Court No. 4, Harris County
201 Caroline St., 7th Floor
Houston, Texas 77002
Tel: 713-368-6767
Fax: 713-368-7171

/s/ Carol A. Cantrell
Attorney for Relator

## CERTIFICATE OF COMPLIANCE

Under Texas Rule of Appellate Procedure 52.10(a), I certify that on May 26, 2015 I notified all parties to the original proceeding by fax and email that a motion for temporary relief would be filed.

/s/ Carol A. Cantrell
Attorney for Relator

STATE OF TEXAS          §
HARRIS COUNTY       §

## VERIFICATION

Before me, the undersigned notary, on this day personally appeared Carol A. Cantrell, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Carol A. Cantrell. I am over 18 years of age, of sound mind, and capable of making this verification. The facts in this verification are within my personal knowledge and are true and correct.

2. I am the attorney for Relator. All the documents included with the Motion for Emergency Stay are true copies."

5

Carol A. Cantrell
Attorney for Relator

Sworn to and subscribed before me by Carol A. Cantrell on May 26, 2015.



TONI DANIELLE EMBREY
Notary Public, State of Texas
My Commission Expires
November 25, 2016

Notary Public in and for
the State of Texas

My commission expires: nov .25, 2016

6